CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

James S. Link (State Bar # 94280)
james.s.link@att.net
COUNSELOR & ADVOCATE AT LAW
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA 91101
(626)793-9570
(626)356-7414 (fax)
Counsel for Defendants

```
FILED
CLERK, U.S. DISTRICT COURT
SEP 2, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY
```

IT IS SO ORDERED.

DATED: September 2, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Alejandro Diaz,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Ishwarlal Bhulabhai Bhakta, in individual and representative capacity as trustee; Sitaben Ishwarbhai Bhakta, in individual and representative capacity as trustee; and Does 1-10,<br><br>　　　Defendants. | Case: 2:14-CV-03975-SVW-AS<br>ORDER ON<br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**STIPULATION**

1

Stipulation for Dismissal  Case: 2:14-CV-03975-SVW-AS

1 | IT IS STIPULATED by and between the parties hereto that this action
2 | may be dismissed with prejudice as to all parties; each party to bear his/its
3 | own attorneys' fees and costs.  This stipulation is made as to the result of the
4 | settlement of the action.
5 |
6 |
7 | Dated: August 25, 2014          CENTER FOR DISABILITY ACCESS
8 |
9 |                                         /s/ Mark D. Potter
   |                                 By: _____
10|                                         Mark D. Potter
   |                                         Attorneys for Plaintiff
11|
12| Dated: August 25, 2014          COUNSELOR & ADVOCATE AT LAW
13|
14|                                         /s/ James S. Link
   |                                 By: _____
15|                                         James S. Link
   |                                         Attorneys for Defendants